[No. 4389–4–III.   Division Three.   January 27, 1983.]

MELVIN MOORE, *Respondent,* v. HAROLD HOGG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–01034–0, Howard Hettinger, J., entered January 23, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 4760–1–III.   Division Three.   January 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK RANGEL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00159–4, Walter A. Stauffacher, J., entered August 14, 1981. *Affirmed* by opinion, unpublished in part, per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 5505–8–II.   Division Two.   January 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD K. BERNARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58710, Waldo F. Stone, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.